# EXHIBIT A

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 6219531 | DZURIAK, DANA M | UNAUTHORIZED PARKING BLOCKING LOADING ZONE |
| 6219519 | HOWARD, RASHEED | EXPIRED EMISSION AND INSPECTION |
| 7010953 | HOWARD, RASHEED | EXPIRED EMISSION AND INSPECTION STICKERS |
| 3155808 | MICHEL, TERENCE A | FAIL/DISPLAY ALL CURRENT/VALID TAGS/LICENSES REQ |
| 6219584 | MILLER, SHAWNEE | UNAUTHORIZED PARKING/CUSTOMER PARKING ONLY |
| 6219599 | STRANG, KATHERINE G | BLOCKING DRIVEWAY WALKS |
| 6219582 | TAYLOR, DANIA E | EXPIRED INSPECTION STICKER |
| 7010955 | TRISCH, CARITIA T | FAIL TO DISPLAY VALID REGISTRATION |
| 6219596 | WEIKEL, JULIE L | UNAUTHORIZED PARKING |
| 6219544 | YARGEAU, HEATHER L | UNAUTHORIZED PARKING |
| 6624930 | BAYSEITOV, NURRIDDIN S | ILLEGALLY PARKED VEHICLE |
| 6624931 | BAYSEITOV, NURRIDDIN S | DRIVING WITHOUT A LICENSE |
| 6624778 | BLOXSOM, CLIFFORD E | INVALID REGISTRATION |
| 6624899 | DADADAGNOU, ALISHER | DRIVING WITHOUT LICENSE |
| 6624781 | HARRIS, PATRICK R | PARKED IN ROADWAY BLOCKING TRAFFIC |
| 6624845 | JURABAYER, AKRAM | PARKED IN ROADWAY |
| 6624894 | MOORE, PRECIOUS N | PARKED IN ROADWAY BLOCKING TRAFFIC |
| 6624901 | PAYZLEY, KHOJIMUNO | DRIVING WITHOUT VALID LICENSE |
| 2878527 | WARZINSKI, EMMA J | VEHICLE PARKED NOT IN COMPLIENCE W/POSTED TRAFFIC SIGNS |
| 6203384 | SIKORSKI, JAMES P | SPEEDING 31/20 |
| 6203358 | VOID, MALACHI JR | EXCEEDING POSTED SPEED LIMIT UP TO 20 MPH 31/20 |
| 2198189 | MORGAN, EDDIE R JR | DRIVING W/O PROOF OF FINANCIAL RESPONSIBILITY |
| V0087532 | SUSSMAN, HARRY | IMPROPER PARKING/HANDICAP |
| V0016046 | VILLAO, PURITA U | IMPROPER PARKING |
| 4764057 | ADAMS, GEORGE A | PARKED IN FIRE LANE |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 4764058 | ADAMS, GEORGE A | DRIVING ON SUSPENDED LICENSE |
| 4762904 | ADAMS, MARCELLUS T | DRIVE WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 7268044 | AKIS, ABDULLAH | NO DRIVERS LICENSE |
| 7517779 | ALABASTRE, LYSANDER D | EXPIRED INSPECTION |
| 4763723 | ALFER, DANIEL A | DRIVING WHILE DRIVING PRIVILEGES SUSPENDED/REVOKED |
| 7268045 | ALLEN, JOHN | EXPIRED REGISTRATION |
| 7268046 | ALLEN, JOHN | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED |
| 858682 | ALLEN, STANFIELD G | IMPROPER PARKING |
| 7517828 | ALLEN, TOMILENA | PARKING IN NO PARKING AREA MARKED BY YELLOW STRIPES |
| 3551351 | ALZAHRANI, ASSINA A | RESERVED PARKING |
| 6442228 | ANTHONY, MICHAEL | DRIVING WHILE LIC SUSPENDED |
| 6856881 | ARBOGAST, HENRY | DRIVING WITH SUSPENDED LICENSE |
| 7518976 | ARRINGTON, STACY | OVERNIGHT PARKING FOR 7TH OR OVER VEHICLES |
| 7518977 | ARRINGTON, STACY | PARKING MARKED BY YELLOW BORDERS OR YELLOW STRIPES |
| 4764203 | BABYAK, DONALD R SR | DRIVING WITH SUSPENSION |
| 7518177 | BACO, FRANK H | RESERVED PARKING |
| 4763966 | BAKER, LINDA L | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED/REVOKED |
| 6442322 | BALDWIN, BARBARA L | DRIVING WITH SUSPENDED LICENSE |
| 6442323 | BALDWIN, BARBARA L | DRIVING WITHOUT INSURANCE |
| 4763681 | BARKER, JQUA D | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED OR REVOKED |
| 7518309 | BARREN, RAQUEL L | RESERVE PARKING / DAV PARKING ONLY |
| 4763752 | BEDNER, ROBERT | IMPROPER PARKING OVER HEIGHT VEH ONLY |
| 7267951 | BENNETT, RODNEY R | EXPIRED DRIVERS LICENSE |
| 7267952 | BENNETT, RODNEY R | EXPIRED REGISTRATION |
| 4763810 | BENTON, BENNIE | DRIVING WITH A SUSPENDED LICENSE |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 4762903 | BERLIN, JEWELS A | SUSPENDED LICENSE/NON DUI |
| 4762954 | BERRY, BRITNEY B | DRIVING WHILE LICENSE SUSPENDED OR REVOKED |
| 6442447 | BIERER, JOHN W | DRIVE WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 5219902 | BLACKBURN, PERNEL | DRIVING WITH A SUSPENDED LICENSE |
| 6442003 | BLANDENBURG, HENRY | DRIVING WITHOUT A LICENSE |
| 7518279 | BOLIOU, TERA | DRIVER REQUIRED TO BE LICENSED |
| 7267849 | BOWSER, KAREN | EXPIRED INSPECTION |
| 7267850 | BOWSER, KAREN P | SUSPENDED DRIVERS LICENSE |
| 7518328 | BOWSER, KAREN P | EXPIRED REGISTRATION |
| 4763404 | BRANDT, GREGORY J JR | PARKING IN SPACES POSTED AS RESERVED |
| 4763936 | BRANDT, GREGORY JR | IMPROPER PARKING |
| 4763498 | BROWN, ADAM P | DRIVING WHILE OPERTING PRIVILEDGE IS SUSPENDED/ REVOKED |
| 6442432 | BROWN, CANDICE R | IMPROPER PARKING |
| 7518980 | BROWN, DIMITRI | PARKING MARKED RESERVE |
| 4764196 | BROWN, FLOYD C | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOK |
| 6442578 | BROWN, KEVIN J | IMPROPER PARKING/RESERVED |
| 6442440 | BRUCE, DENNIS | IMPROPER PARKING OVER HEIGHT ONLY |
| 4763729 | BRUCE, DENNIS W | PARKING IN RESERVED SPACE |
| 7518307 | BRYANT, RICARDO D | HANDICAP PARKING / EXPIRED PLACARD 3/17 |
| 7519016 | BRYANT, RICARDO D | RESERVED PARKING / HANDICAP SPACE |
| 4762946 | BURDEN, TAKESHA L | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED OR REVOKED |
| 7518336 | BURFORD, GEROME A | EXPIRED INSPECTION |
| 7267892 | BUSH, SHANE R | PARKED IN RESERVED FOR VEHICLES 7 FT |
| 6856901 | CALDWELL, VINCENT H | DRIVING WHILE LICENSE SUSPENDED OR REVOKED |
| 4764029 | CALLOWAY, ULNA | IMPROPER PARKING |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7519087 | CANTON, STEPHEN P | RESERVED PARKING- PHYSICIAN |
| 7518175 | CARAMECO, BRIAN K | RESERVE PARKING |
| 3434935 | CAREY, TARON J | DRIVING WITH A SUSPENDED LICENSE |
| 6442342 | CATERINO, RICHARD A | PARKING IN SPACE FOR DISABLED PERSONS |
| 7518018 | CAVALIER, OLIVIA E | RESERVED PARKING |
| 7518051 | CGRO, ANGELO | PARKING IN NO PARKING AREA |
| 6442171 | CHAMBLISS, CHANIK | CREDIT UNION PARKING 10 MINUTES |
| 6442339 | CHIODO, JOSEPH A | PARKING IN SPACES POSTED RESERVED |
| 7518331 | CHRISTIAN, JAMIE | INSPECTION EXPIRES 10/17 |
| 7267834 | CLAY, YOLANDA | VOLUNTEER PARKING ONLY |
| 7268087 | COCHRAN, PAUL | DRIVING WHILE SUSPENDED |
| 6442266 | COLE, FRED W | PARKING IN RESERVED SPOT |
| 3434474 | COOPERTHOMAS, CORA J | PARKING IN SPACES POSTED AS RESERVED/ EXCESS OF TIME |
| 7517794 | COPELAND, MARK | RESERVE PARKING/VEHICLE OVER 7 FEET IN HEIGHT |
| 6442315 | CORNER, CEDRIC D | VEHICLE REGISTRATION EXPIRED LONGER THAN 60 DAYS |
| 2197736 | COTTON, LISA M | DRIVE W/SUSPENDED LIC |
| 7517832 | CUFFE, ANDREW H | PARKED IN SPACES RESERVED FOR PHYSICALLY DISABLED |
| 4763939 | DAVIDSON, SETINA M | IMPROPER PARKING |
| 7518054 | DAVIS, BRIGITTE A | PARKING IN RESERVED SPACES / DAV ONLY PARKING |
| 6442679 | DAVIS, SAMANTHA | DRIVING WHILE SUSPENDED |
| 4764043 | DAYE, DORIAN | DRIVING WITH SUSPENDED LICENSE |
| 6442408 | DEFLORIA, MARY F | DRIVING WHILE SUSPENDED |
| 6856980 | DEGRACE, FRANK W | DRIVING WHILE LIC SUSPENDED |
| 7267995 | DINARDO, MONICA M | PARKING WITHIN AN INTERSECTION/BLOCKING ENTRY/EXIT |
| 7268036 | DIXON, ANTHONY J | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 4762947 | DIXON, DEVON | DRIVING W/SUSPENDED |
| 7517800 | DONALDSON, STEPHEN SR | DAV PARKING ONLY/RESERVED PARKING |
| 6442268 | DOTSON, JOHNNY W | PARKING IN A NO PARKING SPOT |
| 6442269 | DOTSON, JOHNNY W | EXPIRED REGISTRATION 09/30/2017 |
| 4764031 | DUDLEY, JESSICA L | IMPROPER PARKING |
| 7267794 | DUNCAN, TONI C | RESERVED PARKING / VEHICLES OVER 7 FT IN HEIGHT |
| 3434429 | EMBRY, NOBLE L | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 7519112 | EMR, BRYANNA M | PARKED IN TRAFFIC LANE |
| 7268172 | FAGON, VICTOR P | EXPIRED INSPECTION 10/17 |
| 6442029 | FIOCHETTA, JUSTIN M | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED REVOKED |
| 7519023 | FITZGERALD, MICHAEL S | RESERVE PARKING FOR VEHICLE OVER 7 FEET IN HEIGHT |
| 5219941 | FOOR, STEPHAN W | OPERATION OF A VEHICLE WITH A SUSPENDED LICENSE |
| 6856856 | FORD, JAMES E | PARK IN RESERVED FOR DISABLED PERSONS |
| 4763881 | FORD, RODGER D | PARKING IN EMERGENCY VEHICLE SPACE |
| 4763882 | FORD, RODGER D | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 6442362 | GAGGINI, DAVID M | DRIVING IN THE WRONG DIRECTION ON A POSTED ONE WAY |
| 2197860 | GAHINESS, KEVIN L | IMPROPER PARKING |
| 7519090 | GALVIN, CHRISTOPHER J | RESERVED PARKING |
| 6442426 | GASTON, CHRISTINA C | IMPROPER PARKING/FIRE LANE |
| 4763523 | GEETER, DAVID | DRIVING WITH A SUSPENDED LICENSE |
| 4763969 | GEORGE, JAMES M | DRIVERS REQUIRED TO BE LICENSED |
| 6442642 | GERLINGER, LINDSEY | PARKING IN NO PARKING AREAS |
| 7267844 | GERMANY, JENNIFER H | VOLUNTEER PARKING ONLY |
| 7267797 | GIBSON, VANCE | EXPIRED INSPECTION |
| 6856827 | GINGERY, MICHAEL L | DRIVING WHILE LICENSE SUSPENDED |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7268165 | GLOTFELTY, JOHN T | RESERVED PARKING FOR VEHICLE OVER 7 FT IN HEIGHT |
| 7267848 | GOLDNEIL, KEZLA R | EXPIRED INSPECTION |
| 7268164 | GONZALEZ, MARK | NO DRIVERS LICENSE |
| 3551282 | GORMAN, JANET A | PARKING FOR PHYSICALLY DISABLED PERSON |
| 6442376 | GREENE, AL | DRIVING WITH A SUSPENDED LICENSE |
| 4763856 | GROSELY, DAVID C | DRIVING WHILE OPERATING PRIVLEDGE |
| 7517791 | GUDENBURR, JOHN W II | EXPIRED INSPECTION 8/17G |
| 4763334 | HALL, BRYAN L | DRIVING WHILE OPERATING SUSPENDED/ REVOKED |
| 6442028 | HARDINY, ROBERT J | PARKING IN SPACES POSTED AS RESERVED |
| 7267939 | HEADLEY, MICHELE J | RESERVED PARKING/VOLUNTEER PARKING ONLY |
| 6442446 | HECKNAUER, CARL | DRIVING WHILE LICENSE SUSPENDED |
| 4763278 | HENRY, DENISE M | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED/REVOKED |
| 2000514 | HINTON, BARRY J | DRIVE WHILE OPERATING PRIVILEDGE IS SUSPSENDED/ REVOKED |
| 7268154 | HOMAYOON, HOODAN | EXPIRED INSPECTION |
| 4763690 | HUBISH, NEAL M | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED/REVOKED |
| 7268163 | HUNDLEY, JAMES | EXPIRED INSPECTION |
| 7267836 | JACKSON, JEROME C | DRIVERS LICENSE SUSPENDED |
| 4763512 | JENDRZEJEWSKI, TAMMY | DRIVING WITH A SUSPENDED LICENSE |
| 7268160 | JENNINGS, VICTORIA | EXPIRED INSPECTION |
| 7267779 | JOHNS, MICHAEL | DRIVING WHILE LICENSE IS SUSPENDED OR REVOKED |
| 7518348 | JOHNSON, JOHN E | RESERVE PARKING |
| 7518096 | JONES, DESHAUN C | DRIVING WHILE SUSPENDED |
| 4763154 | JONES, SHELTE | DRIVING WHILE OPERATING PRIVLEGES SUSPENDED/ REVOKED |
| 7268105 | JONES, SHELTE J | EXPIRED REGISTRATION 1/17 |
| 7268106 | JONES, SHELTE J | DRIVING VEH W/SUSPENDED DRIVERS LICENSE |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 4762976 | KARAM, YVONNE | DRIVING WHILE OPER PRIVILEGE IS SUSPENDED/REVOKED |
| 6442038 | KENT, SHARAYA L | DRIVING WITH A SUSPENDED LICENSE |
| 4763405 | KHODZHAZODA, KOMONMURODI | NO DRIVERS LICENSE |
| 7518349 | KINSLOW, KEVIN J | RESERVED PARKING VEHICLE OVER 7 FT IN HEIGHT |
| 4763710 | KIRKPATRICK, JOSEPH K | DRIVING WHILE LICENSE SUSPENDED/ DUI |
| 4763711 | KIRKPATRICK, JOSEPH K | VALID INSURANCE REQUIRED |
| 2197652 | KOSKO, ERIC J | DRIVE W/SUSPENDED LIC |
| 7268159 | LAMONDE, JAMES F | EXPIRED INSPECTION |
| 4764101 | LAMPKIN, KENNETH | PARKING IN EMERGENCY VEHICLE SPACE FIRE LANE |
| 4764102 | LAMPKIN, KENNETH | DRIVING WHILE LICENSE IS SUSPENDED OR REVOKED |
| 4764167 | LEE, JAMIE L | IMPROPER PARKING |
| 7518979 | LEE, LAMAR IV | PARKING POSTED RESERVED |
| 7518085 | LEMONS, CARLA | PARKING IN SPOT DESIGNATED FOR HANDICAP |
| 4763402 | LEWIS, JAMES E | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED |
| 7517829 | LEWIS, REBECCA G | FAILURE TO STOP AT POSTED STOP SIGN |
| 4762949 | LEWIS, SUSAN K | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED/REVOKED |
| 7518113 | LINDSEY, NASSTASHIA S | IMPROPER PARKING |
| 7268156 | LINGO, CHARLES | SUSPENDED DRIVERS LICENSE |
| 7268155 | LINGO, CHARLES R | EXPIRED INSPECTION |
| 3434638 | LITTLE, RICKY T | DRIVING W/SUSPENDED LICENSE |
| 3551052 | LUCAS, RICHARD M | DRIVING WITH SUSPENDED |
| 1296194 | LUSTERPORTER, RAMONA | PARKING IN FIRE LANE |
| 1296195 | LUSTERPORTER, RAMONA | LICENSE SUSPENDED OR REVOKED |
| 6442677 | LYNN, BLAINE M | DRIVING WITH A SUSPENDED LICENSE |
| V0012586 | MAIOCE, THOMAS L | IMPROPER PARKING |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7517797 | MANKER, MARVIN R | RESERVE PARKING VEHICLE OVER 7 FEET IN HEIGHT |
| 7518079 | MANKER, MARVIN R | IMPROPER PARKING |
| 7519081 | MARCH, DANIEL H | RESERVED PARKING/PHYSICIAN |
| 7268157 | MATTHEWS, MAURISITA | EXPIRED INSPECTION |
| 7519021 | MAURINAC, JOAN M | RESERVE PARKING DAV PARKING ONLY |
| 6442239 | MCCLOSKEY, JESSICA M | OPERATING W/SUSPENDED LICENSE |
| 7267882 | MCCULLOUGH, JEREMY R | OPERATING A VEHICLE WITH A SUSPENDED LICENSE |
| 7517780 | MCDONOUGH, ROBERT F | DRIVERS LICENSE SUSPENDED |
| 7267842 | MCINTOSH, TYRONE W | HANDICAP PARKING |
| 7267796 | MCKENNA, MICHAEL B | EXPIRED INSPECTION |
| 4764055 | MCNEIL, TAVIA CD | FAIL TO STOP AT STOP SIGN |
| 6442449 | MCPHERSON, RICHARDO M | SUSPENDED LICENSE |
| 7267889 | MILLETT, KENNETH E | EXPIRED INSPECTION |
| 3434724 | MINTS, ANGELA L | PARKING IN FIRE LANE |
| 6442231 | MITCHELL, FANTISIA D | DRIVING WITH A SUSPENDED LICENSE |
| 3551723 | MONROE, CHARLES J | DRIVING WITH A SUSPENDED LICENSE/DUI |
| 3551724 | MONROE, CHARLES J | DRIVING WITHOUT INSURANCE |
| 3551725 | MONROE, CHARLES J | EXPIRED REGISTRATION |
| 6856873 | MOORE, TYRONE D | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED |
| 6442238 | MORENO, RONNIE T | OPERATING A VEH WHILE LICENSE IS SUSPENDED |
| 7268174 | MORMAK, DAVID P | EXPIRED INSPECTION |
| 7268041 | MORRISON, THOMAS W | PARK IN SPACES RESERVED FOR PHYSICALLY DISABLED PERSONS |
| 4764214 | MOSES, AMEENAH | DRIVING WITH SUSPENDED LICENSE |
| 7518304 | MULDOON, MATTHEW F | RESERVE PARKING / PATIENT PARKING |
| 6442338 | NANCE, MELONIE A | PARKING IN NO PARKING AREAS |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7518088 | NICKLES, AMBER | PARK IN SPACE RESERVED FOR HANDICAP |
| 6442275 | NOLDER, KEITH A | IMPROPER PARKING/FIRE LANE |
| 4763281 | NORMAN, RICHARD D | OPERATION OF VEHICLE W/OUT CERTIFICATE OF INSPECTION |
| 7518310 | NOWLIN, LYNNETTE K | RESERVE PARKING DAV PARKING ONLY |
| 6442234 | NOWLIN, VERNARD T | DRIVING WHILE LICENSE IS SUSPENDED OR REVOKED |
| 6442235 | NOWLIN, VERNARD T | DRIVING UNREGISTERED VEHICLE PROHIBITED |
| 4762948 | OAKES, JEREMY L | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 4763785 | ODDO, ROBERT L | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 4763653 | OMURBEKOV, ADILET A | NO DRIVERS LICENSE |
| 4763654 | OMURBEKOV, ADILET A | PARKING IN FIRE LANE NO PARKING |
| 7267798 | ORTIZ, DANNA M | RESERVE PARKING VEHICLE OVER 7 FT HEIGHT |
| 7518080 | OSBURN, RANDALL | IMPROPER PARKING/HANDICAP/EXPIRED HANDICAP PLACARD |
| 6442479 | OWENS, FLOYD | DRIVING WHILE SUSPENDED |
| 7518308 | PANDEY, APUNDA K | EXPIRED INSPECTION 1/17 |
| 4763804 | PARKER, MICHAEL | PARKING IN SPACES POSTED AS RESERVED |
| 5219933 | PARR, LESLIE C | IMPROPER PARKING |
| 7517782 | PATSEY, JOHN A | RESERVED PARKING |
| 4763950 | PATTERSON, KEVIN | IMPROPER PARKING |
| 7517847 | PATTERSON, KEVIN | NO PARKING AREA/IN ROADWAY |
| 5219936 | PATTERSON, KEVIN E | IMPROPER PARKING NO PARKING AREA |
| 6856814 | PATTERSON, KEVIN E | IMPROPER PARKING |
| 6856954 | PATTERSON, LOMEL J | DRIVING WHILE LICENSE SUSPENDED |
| 4764227 | PENTECOST, JAMES A | DRIVING WHILE PRIVILEDGE SUSPENDED/REVOKED |
| 7518278 | PIERCE, SUSANNE | BLOCKING ENTRANCE ON RAMP |
| 7518077 | PIERCE, SUSANNE J | PARKING IN NO PARKING AREA |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7267893 | PISOWICZ, THOMAS E | EXPIRED INSPECTION |
| 7518342 | PIVIROTTO, MARILOU | EXPIRED INSPECTION |
| 4764180 | POLICICCHIO, DECIMO S | DRIVER REQUIRED TO BE LICENSED |
| 4763970 | POLLARD, ERNEST W | DRIVE WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 3434567 | PORTIS, TASHA L | IMPROPER PARKING |
| 4763521 | PRYOR, DEBORAH | OPERATION FOLLOWING SUSPENSION OF REGISTRATION |
| 4763522 | PRYOR, DEBORAH | DRIVING WITH A SUSPENDED LICENSE |
| 4763584 | RAINEY, SIERRA H | DRIVING WITH SUSPENDED LICENSE |
| 5219951 | RAMIREZ, RAMIRO | DRIVING WITH A SUSPENDED LICENSE |
| 7267845 | RANDALL, DAVID E | VOLUNTEER PARKING ONLY |
| 7267847 | RHODES, CHRISTOPHER E | RESERVED PARKING ONLY |
| 7267923 | RHODES, CHRISTOPHER E | IMPROPER PARKING/RESERVED |
| 7518057 | RICHARDSON, KERBY J | IMPROPER PARKING |
| 4762953 | RIDLEY, MARK A | DRIVING WHILE LICENSE IS SUSPENDED OR REVOKED |
| 7518340 | ROBINSON, ORLANDO E | EXPIRED INSPECTION |
| 6856867 | ROGERS, CORNELIUS C | PARKING IN SPACES RESERVED FOR DISABLED |
| 4764059 | ROUNDS, DIANE | FAILURE TO STOP |
| 6442673 | SAMPSON, ANDREW S | DRIVING WHILE LIC SUSPENDED |
| 7518163 | SAMS, ASHLEY | PARKING IN SPACE RESERVED FOR PHYSICALLY DISABLED |
| 7267921 | SAMS, ASHLEY N | IMPROPER PARKING / HANDICAPPED |
| 7517778 | SAMS, ASHLEY N | RESERVE PARKING |
| 7519008 | SAMS, ASHLEY N | RESERVED PARKING |
| 7519103 | SAMS, ASHLEY N | PARK IN SPACES RESERVED FOR PHYSICALLY DISABLED PERSONS |
| 4763326 | SAXON, CRYSTAL L | FAIL TO COME TO COMPLETE STOP AT STOP SIGN |
| 7518329 | SCALES, NICHOLE | EXPIRED INSPECTION |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7518330 | SCALES, NICHOLE | EXPIRED REGISTRATION |
| 7268094 | SCHALLER, MARTHA | PARKING IN AREA MARKED BY YELLOW STRIPES |
| 6442270 | SCHMETZER, AMANDA L | EXPIRED STATE INSPECTION OCT 17 |
| 4763356 | SCOTT, DELORICO L | PARKING IN HANDICAP PARKING |
| 7517781 | SCOTT, GREGORY S | EXPIRED INSPECTION |
| 7518013 | SCOTT, SHARON A | RESERVE PARKING CREDIT UNION 10 MINUTE |
| 6442354 | SHANKS, GARY | PARKED IN SPACES AS RESERVED FOR DISABLED |
| 6442252 | SHIELDS, DONNEL W | PARKING IN POSTED RESERVED FOR DISABLED PERSONS |
| 4763519 | SHULLER, LENORA A | SUSPENDED LICENSE |
| 7518350 | SKERCONG, HERMAN L | RESERVED PARKING VEHICLE OVER 7 FT HEIGHT |
| 6442321 | SMITH, DAVID G | DRIVING WHILE LICENSE SUSPENDED |
| 7267781 | SMITH, MAYA L | DRIVING WITH SUSPENDED LICENSE |
| 6442488 | SMITH, THEODORE | DRIVING WITH A SUSPENDED LICENSE |
| 7519018 | SPENCER, JOHN R | RESERVED PARKING HANDICAP DESIGNATED SPACE |
| 7268158 | STAFFORD, ANNETTE S | EXPIRED INSPECTION |
| 6442251 | STALHEIM, KENTON | CURRENT INSPECTION REQUIRED |
| 7518285 | STILL, GARY | PARKING IN SPACE NOT MARKED BY YELLOW LINES/BORDERS |
| 7518065 | SUE, ERIKA | IMPROPER PARKING/RESERVED |
| 7268040 | SULLIVAN, DANIEL I | EXPIRED REGISTRATION |
| 7268166 | SWALLEY, JOHN W | RESERVE PARKING |
| 7518216 | TAYLOR, DAWN M | RESERVED PARKING VOLUNTEER |
| 4763332 | TERRY, CHARLES W | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED/ REVOKED |
| 4764066 | THOMAS, JASON | DRIVING W/SUSPENDED LIC |
| 6856813 | THORNTON, CHARONA | PARKING IN FIRE LANE |
| 4763230 | THORNTON, CHARONA T | DRIVE WITH SUSPENDED LICENSE |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 7268033 | THORNTON, SYLVIA L | NO DRIVERS LICENSE |
| 7518954 | THROWER, SARAH E | RESERVE PARKING / PATIENT PARKING |
| 4763407 | TOMANIO, PAUL R III | DRIVING WHILE OPERATING PRIVILEGE SUSPENDED REVOKED |
| 7267940 | TOWNSEND, SHAWN D | RESERVED PARKING HANDICAP |
| 7267941 | TOWNSEND, SHAWN D | RESERVED PARKING HANDICAP |
| 7519007 | TURNER, ALESIA | EXPIRED INSPECTION |
| 6442343 | TURNER, DARRYL O | PARK IN SPACES RESERVED FOR PHYSICALLY DISABLED PERSONS |
| 7518069 | TURNER, MICHAEL E | IMPROPER PARKING/RESERVED OVER HEIGHT |
| 4763763 | UKASIK, JOSEPH | IMPROPER PARKING/PATIENTS ONLY |
| 7267896 | VILLAMIZARROSALES, CARLOS A | EXPIRED REGISTRATION |
| 6856861 | VORON, JOHN R | PARKING IN SPACES RESERVED FOR PHYSICALLY DISABLED |
| 6442304 | WALTERS, JOSHUA J | DRIVING WITHOUT A LICENSE |
| 7518316 | WARREN, RICHARD G | EXPIRED INSPECTION |
| 4764085 | WATT, JOSEPH J JR | DRIVING WITH SUSPENDED LICENSE |
| 4764086 | WATT, JOSEPH J JR | NO PARKING FIRE LANE |
| 7267851 | WATTS, NATHAN M | DRIVING ON A SUSPENDED LICENSE |
| 3434719 | WEBER, RICHARDJAMES J | DRIVING WHILE DRIVING PRIVILEGES SUSPENDED |
| 4763501 | WELLS, CHARLES A | DRIVING WITH A SUSPENDED LICENSE |
| 6442230 | WEST, SKYLAR | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED |
| 6442203 | WHITNEY, COLLEEN M | DRIVING WHILE SUSPENDED |
| 7267800 | WIIBLE, JEAN E | RESERVE PARKING |
| 7267799 | WILKINS, BRIAN J | RESERVE PARKING |
| 5219931 | WILLIAMS, DAVID | DRIVING WHILE OPERATING PRIVILEGES SUSPENDED/REVOKED |
| 7518320 | WILLIAMS, DESHAWN | EXPIRED INSPECTION |
| 7518321 | WILLIAMS, DESHAWN | NO DRIVERS LICENSE |

| CITATION | DEFENDANT | OFFENSE |
|---|---|---|
| 5219986 | WORKMASTER, REBECCA | DRIVING WHILE SUSPENDED |
| 6442255 | WU, MUQUAN | DRIVER REQUIRED TO BE LICENSED |
| 7267887 | WUNDERLICH, MEGAN A | EXPIRED REGISTRATION |
| 6442320 | YOUNG, ALICIA M | DRIVING WHILE LICENSE SUSPENDED |
| 7519091 | ZANEY, RAYMOND L | RESERVE PARKING |
| 6442683 | ZHOU, HAOYU | IMPROPER PARKING |
| 3434376 | ZHUMAEVA, EIZAT | NO DRIVERS LICENSE |
| 4763799 | ZIPFEL, MATTHEW E | DRIVING W/OUT INSURANCE |
| 4763800 | ZIPFEL, MATTHEW E | EXPIRED REGISTRATION OVER 60 DAYS |
| 7518337 | ZUTTER, LAUREN | EXPIRED INSPECTION 12/17 |